618 A.2d 391

**COMMONWEALTH of Pennsylvania,**

v.

**Iris ORTALAZA, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 7, 1992.

Decided Jan. 7, 1993.

Paul J. Downey, Philadelphia, for appellant.

John W. Packel, Chief, Appeal Div., Bradley S. Bridge, Philadelphia, for amicus—Public Defender Ass'n of Pennsylvania.

Ronald Eisenberg, Deputy Dist. Atty., Catherine Marshall, Chief, Appeals Div., Joan Weiner, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN and ZAPPALA, JJ., dissent.